**IN THE UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF TEXAS
FORT WORTH DIVISION**

| | | |
|---|---|---|
| **LUIS EDUARDO PRADA BLANCO,** | § | |
| | § | |
| | § | |
| **Petitioner,** | § | |
| | § | |
| **V.** | § | **NO. 4:26-CV-609-O** |
| | § | |
| **WARDEN, PRAIRIELAND DETENTION** | § | |
| **CENTER,** | § | |
| | § | |
| **Respondent.** | § | |

## ORDER

The petition of Luis Eduardo Prada Blanco is **TRANSFERRED** to the Dallas Division of

this Court, where Petitioner is confined.

**SO ORDERED** this **20th day** of **May, 2026**.


Reed O'Connor
**CHIEF UNITED STATES DISTRICT JUDGE**